320 Ga. 448
FINAL COPY

S25Y0142. IN THE MATTER OF AUSTIN O. JONES.

PER CURIAM.

This disciplinary matter is before the Court on the petition for voluntary discipline filed by Austin O. Jones (State Bar No. 398508) prior to the issuance of a formal complaint under Bar Rule 4-227 (b). In his petition, Jones, who has been a member of the Bar since 2003, admits that, on July 24, 2024, he entered a guilty plea in the United States District Court to two felony charges of possession of child pornography. See 18 USC §§ 2252A (a) (5) (B) and (b) (2). By this conduct, Jones acknowledges that he violated Rule 8.4 (a) (2)[1] of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). See Rule 1.0 (e) (1). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. Jones seeks to voluntarily surrender his license

---

[1] This Rule provides that "[i]t shall be a violation of the Georgia Rules of Professional Conduct for a lawyer to . . . be convicted of a felony." For purposes of this Rule, conviction shall include "a guilty plea." Rule 8.4 (b) (1); Rule 1.0 (e) (1).

to practice law, which he acknowledges is tantamount to disbarment. Rule 1.0 (s). See *In the Matter of Williams*, 291 Ga. 659 (732 SE2d 85) (2012) (accepting voluntary surrender of license where attorney violated Rule 8.4 (a) (2)); *In the Matter of Campbell*, 282 Ga. 688 (653 SE2d 51) (2007) (same). The State Bar responds that it believes that it is in the best interest of the public and the profession for the Court to accept Jones's petition.

We have reviewed the record and agree to accept Jones's petition for voluntary surrender of his license. Accordingly, the name of Austin O. Jones hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Jones is reminded of his duties under Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

Decided November 19, 2024.

Voluntary surrender of license.

*Paula J. Frederick, General Counsel State Bar, Russell D. Willard, General Counsel State Bar Designate, William D. NeSmith III, Deputy General Counsel State Bar, Andreea N. Morrison, Lori E. Anderson, Assistant General Counsel State Bar*, for State Bar of Georgia.